UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

             Plaintiff,                Case No. 07-CR-95

      v.

CHRISTOPHER KLATT,

             Defendant.

---

**PRELIMINARY ORDER OF FORFEITURE**

---

    Upon the motion of the United States of America pursuant to Rule 32.2 of the Federal Rules of Criminal Procedure, and upon the entry of the plea agreement, and in consideration of the guilty plea of the above-named defendant to Count Two of the Indictment, defendant Christopher Klatt agrees to the forfeiture of his interest in the property named in the forfeiture provision of the Indictment filed on April 17, 2007;

    IT IS HEREBY ORDERED that any right, title and interest of the defendant in the property described below is hereby forfeited to the United States pursuant to Title 18, United States Code, Section 2253:

        1.     One (1) 80-gigabyte Western Digital hard drive, model WD800, bearing serial number WCAHL2411989.

    IT IS FURTHER ORDERED that the above item shall be seized forthwith by the United States Marshal for the Eastern District of Wisconsin, or its duly authorized representative.

    IT IS FURTHER ORDERED that pursuant to Title 21, United States Code, Section 853(n)(1) the United States shall publish notice of this order and of its intent to dispose of the property according to law.

IT IS FURTHER ORDERED that this Order be incorporated by reference in the defendant's Judgment and Commitment Order.

Dated at Milwaukee, Wisconsin, this 24th day of October, 2007.


s/ Rudolph T. Randa
HON. RUDOLPH T. RANDA
Chief United States District Judge